# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

141491

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

CLYDE EVERETT,
      Plaintiff-Appellant,

v

                                        SC: 141491
                                        COA: 287640

AUTO OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

                                        Lapeer CC: 06-037406-NF

_____/

On order of the Court, the application for leave to appeal the June 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY and DAVIS JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk

p1209